UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

WNI 19-026839
Shapiro & DeNardo, LLC
14000 Commerce Parkway, Suite B
Mount Laurel, NJ 08054
(856) 793-3080
Charles G. Wohlrab, Esq. 016592012
ATTORNEYS FOR WELLS FARGO BANK, N.A.

IN RE:

JAMES P. BOLEN AND DENISE I. BOLEN, DEBTORS

Order Filed on December 27, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

CASE NO.: 19-31402-MBK

HEARING DATE: JANUARY 8, 2020

JUDGE: HONORABLE MICHAEL B. KAPLAN

# CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

**DATED: December 27, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

This matter being opened to the Court by John Joseph LoSordo, attorney for the Debtor(s) upon filing of a Chapter 13 Plan, and Wells Fargo Bank, N.A., hereinafter "Secured Creditor," by and through its Authorized Agent, Shapiro & DeNardo, LLC, upon the filing of an Objection to Confirmation of Plan, and parties having subsequently resolving their differences with regard to the Debtors' Chapter 13 Plan; and the Court noting the consent of the parties to the form, substance and entry of the within Order; and the court considered the parties' application for entry of this Consent Order, and for other good cause shown,

1. Debtor(s) are mortgagors, and Secured Creditor is the mortgagee, of an agreement secured by real property located at 11 Glen Avenue, Hazlet, NJ 07730.

2. At the time of filing, Debtor(s) owed Secured Creditor a pre-petition arrearage of $2,071.41; as evidenced in Secured Creditor's Proof of Claim 13-1 filed on December 12, 2019.

3. Debtor(s) agree to incorporate this amount, $2,071.41, into the Chapter 13 Plan to be distributed to Secured Creditor to cure the aforementioned default.

4. Debtor(s) agree to maintain all contractually due post-petition payments associated with this mortgage loan, which currently amount to $3,414.84.

5. Secured Creditor agrees this Order resolves the Objection to Confirmation of Plan filed on November 22, 2019; ECF Doc.:14.

6. This Consent Order is hereby incorporated into Debtors' Chapter 13 Plan.

We hereby consent to the form, content,
and entry of the within Order.

Shapiro & DeNardo, LLC

/s/ Charles G. Wohlrab                                         Date: 12/18/19
Charles G. Wohlrab, Esquire
Attorney for the Secured Creditor

[signature]                                                    Date: 12/18/19
John Joseph LoSordo, Esquire
Attorney for the Debtors

```
                          United States Bankruptcy Court
                                District of New Jersey
```

In re:                                                          Case No. 19-31402-MBK
James P Bolen                                                   Chapter 13
Denise I Bolen
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Dec 27, 2019
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 29, 2019.
db/jdb         +James P Bolen,   Denise I Bolen,   11 Glen Avenue,   Hazlet, NJ 07730-1811

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 29, 2019                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 27, 2019 at the address(es) listed below:
              Albert    Russo    docs@russotrustee.com
              Charles G. Wohlrab    on behalf of Creditor    WELLS FARGO BANK, N.A. cwohlrab@LOGS.com,
               njbankruptcynotifications@logs.com
              John Joseph LoSordo    on behalf of Joint Debtor Denise I Bolen john@jlosordolaw.com,
               johnlosordo@gmail.com;losordojr80325@notify.bestcase.com
              John Joseph LoSordo    on behalf of Debtor James P Bolen john@jlosordolaw.com,
               johnlosordo@gmail.com;losordojr80325@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5