Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19–31402–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| James P Bolen<br>11 Glen Avenue<br>Hazlet, NJ 07730 | Denise I Bolen<br>11 Glen Avenue<br>Hazlet, NJ 07730 |

Social Security No.:
   xxx–xx–3046                                              xxx–xx–3704

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:            5/5/20
Time:            10:00 AM
Location:        Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

     An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

     **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: April 6, 2020
JAN: wdr

                                                      Jeanne Naughton
                                                      Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 19-31402-MBK
James P Bolen                                                         Chapter 13
Denise I Bolen
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3            User: admin              Page 1 of 2              Date Rcvd: Apr 06, 2020
                                Form ID: 132             Total Noticed: 45

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 08, 2020.
```
db/jdb         +James P Bolen,    Denise I Bolen,    11 Glen Avenue,    Hazlet, NJ 07730-1811
518566658      +AES/Bank Of New YorkU,    Attn: Bankruptcy,    Po Box 2461,    Harrisburg, PA 17105-2461
518566659      +Aes/efs,    Attn: Bankruptcy,    Po Box 2461,    Harrisburg, PA 17105-2461
518633979       American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern PA 19355-0701
518566660      +Amex,    Correspondence/Bankruptcy,    Po Box 981540,    El Paso, TX 79998-1540
518566661      +Bank of America,    4909 Savarese Circle,    Fl1-908-01-50,    Tampa, FL 33634-2413
518646672      +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
518566662      +Barclays Bank Delaware,    Attn: Correspondence,    Po Box 8801,    Wilmington, DE 19899-8801
518566663      +Cap1/Justice,    Capital One Retail Srvs/Attn: Bankruptcy,    Po Box 30258,
                 Salt Lake City, UT 84130-0258
518633969       Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
518779116       Educational Credit Management Corporation,    P.O. Box 16408,    St. Paul, MN 551160408
518779117       Educational Credit Management Corporation,    P.O. Box 16408,    St. Paul, MN 551160408,
                 Educational Credit Management Corporatio,    P.O. Box 16408,    St. Paul, MN 551160408
518671040      +Goldman Sachs Bank USA,    c/o John D. Sadler,    1909 K Street NW, 12th Floor,
                 Washington DC 20006-1152
518605882      +JPMorgan Chase Bank, N.A.,    s/b/m/t Chase Bank USA, N.A.,
                 c/o Robertson, Anschutz & Schneid, P.L.,    6409 Congress Avenue, Suite 100,
                 Boca Raton, FL 33487-2853
518566673      +LendingClub,    Attn: Bankruptcy,    595 Market St, Ste 200,    San Francisco, CA 94105-2807
518566674      +Marcus by Goldman Sachs,    Attn: Bankruptcy,    Po Box 45400,    Salt Lake City, UT 84145-0400
518588252      +Navient Solutions, LLC on behalf of,    NJHEAA,    PO BOX 548,    Trenton, NJ 08625-0548
518589444      +PHEAA,    PO Box 8147,    Harrisburg, PA 17105-8147
518566676      +PHEAA/HCB,    Attn: Bankruptcy,    1200 N 7th St, 3rd Floor,    Harrisburg, PA 17102-1444
518566677      +Specialized Loan Servicing/SLS,    Attn: Bankruptcy Dept,    8742 Lucent Blvd #300,
                 Highlands Ranch, CO 80129-2386
518566679      +Target,    Attn: Bankruptcy,    Po Box 9475,    Minneapolis, MN 55440-9475
518665241      +The Bank of New York Mellon Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
518566680      +Wells Fargo Bank NA,    Attn: Bankruptcy,    1 Home Campus Mac X2303-01a,
                 Des Moines, IA 50328-0001
518660720       Wells Fargo Bank, N.A.,    Wells Fargo Card Services,    PO Box 10438, MAC F8235-02F,
                 Des Moines, IA 50306-0438
518615927       Wells Fargo Bank, N.A.,    Attn: Default Document Processing,
                 MAC# N9286-01Y, 1000 Blue Gentian Road,    Eagan, MN 55121-7700
518566681       Wells Fargo Home Mor,    Attn: Written Correspondence/Bankruptcy,    Mac#2302-04e Pob 10335,
                 Des Moines, IA 50306
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 07 2020 01:05:13     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 07 2020 01:05:10      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd., One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518566664      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 07 2020 01:09:21      Capital One,
                 Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
518566667      +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Apr 07 2020 01:10:59
                 Capital One Auto Finance,    Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
518575444      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Apr 07 2020 01:09:24
                 Capital One Auto Finance, a division of,    AIS Portfolio Services, LP,
                 4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
518596183      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Apr 07 2020 01:09:24
                 Capital One Auto Finance, a division of Capital On,    P.O. Box 4360,    Houston, TX 77210-4360
518587681      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 07 2020 01:11:19
                 Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518566670       E-mail/Text: mrdiscen@discover.com Apr 07 2020 01:04:20     Discover Financial,
                 Attn: Bankruptcy Department,    Po Box 15316,    Wilmington, DE 19850
518577461       E-mail/Text: mrdiscen@discover.com Apr 07 2020 01:04:20     Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
518664381       E-mail/Text: JCAP_BNC_Notices@jcap.com Apr 07 2020 01:05:24     Jefferson Capital Systems LLC,
                 Po Box 7999,    Saint Cloud Mn 56302-9617
518566668      +E-mail/PDF: ais.chase.ebn@americaninfosource.com Apr 07 2020 01:09:18      Chase Card Services,
                 Attn: Bankruptcy,    Po Box 15298,    Wilmington, DE 19850
518566672      +E-mail/Text: bncnotices@becket-lee.com Apr 07 2020 01:04:29     Kohls/Capital One,
                 Attn: Credit Administrator,    Po Box 3043,    Milwaukee, WI 53201-3043
518566675      +E-mail/PDF: pa_dc_claims@navient.com Apr 07 2020 01:09:23     Navient,    Attn: Bankruptcy,
                 Po Box 9640,    Wilkes-Barre, PA 18773-9640
518672082       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 07 2020 01:10:07
                 Portfolio Recovery Associates, LLC,    c/o JET BLUE,    POB 41067,    Norfolk, VA 23541
518639752       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 07 2020 01:10:06
                 Portfolio Recovery Associates, LLC,    c/o JUSTICE,    POB 41067,    Norfolk, VA 23541
```

```
District/off: 0312-3          User: admin                Page 2 of 2              Date Rcvd: Apr 06, 2020
                              Form ID: 132               Total Noticed: 45
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
518566678       +E-mail/PDF: gecsedi@recoverycorp.com Apr 07 2020 00:57:57      Syncb/Toys R Us,
                 Attn: Bankruptcy,   Po Box 965060,   Orlando, FL 32896-5060
518569280       +E-mail/PDF: gecsedi@recoverycorp.com Apr 07 2020 00:57:57      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
518670302       +E-mail/Text: bncmail@w-legal.com Apr 07 2020 01:05:21      TD Bank USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
518660860       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 07 2020 01:09:47      Verizon,
                 by American InfoSource as agent,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 19

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518566665*       +Capital One,    Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
518566666*       +Capital One,    Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
518566671*      ++DISCOVER FINANCIAL SERVICES LLC,    PO BOX 3025,    NEW ALBANY OH 43054-3025
                 (address filed with court: Discover Financial,    Attn: Bankruptcy Department,    Po Box 15316,
                   Wilmington, DE 19850)
518779122*        Educational Credit Management Corporation,    P.O. Box 16408,    St. Paul, MN 551160408
518779124*        Educational Credit Management Corporation,    P.O. Box 16408,    St. Paul, MN 551160408
518779123*        Educational Credit Management Corporation,    P.O. Box 16408,    St. Paul, MN 551160408,
                  Educational Credit Management Corporatio,    P.O. Box 16408,    St. Paul, MN 551160408
518779125*        Educational Credit Management Corporation,    P.O. Box 16408,    St. Paul, MN 551160408,
                  Educational Credit Management Corporatio,    P.O. Box 16408,    St. Paul, MN 551160408
518566669*      ++JPMORGAN CHASE BANK N A,    BANKRUPTCY MAIL INTAKE TEAM,    700 KANSAS LANE FLOOR 01,
                  MONROE LA 71203-4774
                 (address filed with court: Chase Card Services,    Attn: Bankruptcy,    Po Box 15298,
                   Wilmington, DE 19850)
                                                                                       TOTALS: 0, * 8, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 08, 2020                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 6, 2020 at the address(es) listed below:
```
              Albert   Russo    docs@russotrustee.com
              Charles G. Wohlrab    on behalf of Creditor    WELLS FARGO BANK, N.A. cwohlrab@LOGS.com,
               njbankruptcynotifications@logs.com
              Denise E. Carlon    on behalf of Creditor    The Bank of new York mellon f/k/a/ The Bank of New
               York, as Trustee for CWHEQ Inc., Home Equity Loan Asset Backed Certificates, Series 2006-S10
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Edward   Hanratty    on behalf of Debtor James P Bolen
               thanratty@centralnewjerseybankruptcylawyer.com, aaguirre@centralnewjerseybankruptcylawyer.com
              Edward   Hanratty    on behalf of Joint Debtor Denise I Bolen
               thanratty@centralnewjerseybankruptcylawyer.com, aaguirre@centralnewjerseybankruptcylawyer.com
              John Joseph LoSordo    on behalf of Joint Debtor Denise I Bolen john@jlosordolaw.com,
               erin@jlosordolaw.com;losordojr80325@notify.bestcase.com
              John Joseph LoSordo    on behalf of Debtor James P Bolen john@jlosordolaw.com,
               erin@jlosordolaw.com;losordojr80325@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 8
```