**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**

**0** Valuation of Security    **0** Assumption of Executory Contract or Unexpired Lease    **0** Lien Avoidance

**Last Revised September 1, 2018**

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE:** | Case No. _____ |
| | Judge _____ |
| **BOLEN, JAMES & BOLEN, DENISE I** | |
| Debtor(s) | |

### CHAPTER 13 PLAN AND MOTIONS

[ ] Original            [ X ] Modified/Notice Required            Date: **March 31, 2020**

[ ] Motions Included    [ ] Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE

**YOUR RIGHTS MAY BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

**The following matters may be of particular importance. Debtors must check one box on each line to state whether the plan includes each of the following items. If an item is checked as "Does Not" or if both boxes are checked, the provision will be ineffective if set out later in the plan.**

THIS PLAN:

[ ] DOES **[X]** DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

[ ] DOES **[X]** DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

[ ] DOES **[X]** DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney: _____    Initial Debtor: **JB**    Initial Co-Debtor: **DIB**

**Part 1: Payment and Length of Plan**

a.  The debtor shall pay $ **397.00** per **month** to the Chapter 13 Trustee, starting on ___**12/1/2019**___ for approximately **36** months.

b.  The debtor shall make plan payments to the Trustee from the following sources:
    **[X]** Future Earnings
    [ ] Other sources of funding (describe source, amount and date when funds are available):

c.  Use of real property to satisfy plan obligations:
    [ ] Sale of real property
        Description:
        Proposed date for completion: _____

    [ ] Refinance of real property
        Description:
        Proposed date for completion: _____

    [ ] Loan modification with respect to mortgage encumbering property
        Description:
        Proposed date for completion: _____

d.  [ ] The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e.  [ ] Other information that may be important relating to the payment and length of plan:

**Part 2: Adequate Protection [X] NONE**

a. Adequate protection payments will be made in the amount of $ **None** to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____ (creditor).

b. Adequate protection payments will be made in the amount of $ _____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to _____ (creditor).

**Part 3: Priority Claims (Including Administrative Expenses)**

a. All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| | | |

b. Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount:
Check one:
**[X]** None
[ ] The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|
| **None** | | | |

**Part 4: Secured Claims**

**a. Curing Default and Maintaining Payments on Principal Residence: [X]NONE**

The Debtor shall pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| **Wells Fargo** | Residence | 2071.41 | 0 | 2071.41 | as agreed |

**b. Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears: [X] NONE**

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| **None** | | | | | |

**c. Secured claims excluded from 11 U.S.C. 506: [X] NONE**

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|
| **None** | | | | |

**d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments [X] NONE**

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this section ALSO REQUIRES the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid |
|---|---|---|---|---|---|---|---|
| **None** | | | | | | | |

3

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**e. Surrender [X] NONE**

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| **None** | | | |

**f. Secured Claims Unaffected by the Plan [X] NONE**

The following secured claims are unaffected by the Plan:
Specialized loan servicing (2nd mortgage)
 Capital One Auto Finance - 2012 Honda Pilot

**g. Secured Claims to Be Paid in Full Through the Plan [X] NONE**

| Creditor | Collateral | Total Amount to be Paid through the Plan |
|---|---|---|
| **None** | | |

## Part 5: Unsecured Claims [ ] NONE

**a. Not separately classified** allowed non-priority unsecured claims shall be paid:

\_\_\_ Not less than $ _____ to be distributed *pro rata*
\_\_\_ Not less than _____ percent
 **X** *Pro Rata* distribution from any remaining funds

b. **Separately Classified Unsecured Claims** shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
| **None** | | | |

## Part 6: Executory Contracts and Unexpired Leases [X] NONE

 (NOTE: See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|
| **None** | | | | |

## Part 7: Motions [ ] NONE

**NOTE: All plans containing motions must be served on all potentially affected creditors, together with local form, Notice of Chapter 13 Plan Transmittal, within the time and in the manner set forth in D.N.J. LBR 3015-1. A Certification of Service, Notice of Chapter 13 Plan Transmittal and valuation must be filed with the Clerk of Court when the plan and transmittal notice are served.**

**a. Motion to Avoid Liens under 11 U.S.C. Section 522(f).** [ ] NONE

The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
| None | | | | | | | |

**b. Motion to Void Liens and Reclassify Claim from Secured to Completely Unsecured. [X] NONE**

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
| None | | | | | | |

**c. Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured. [X] NONE**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
| None | | | | | |

## Part 8: Other Plan Provisions

**a. Vesting of Property of the Estate**

   **X**  Upon Confirmation
   ___  Upon Discharge

**b. Payment Notices**

Creditors and Lessors provided for in Sections 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

**c. Order of Distribution**

The Standing Trustee shall pay allowed claims in the following order:

1) **Trustee Commissions**
2) **Other Administrative Claims**
3) **Secured Claims**
4) **Lease Arrearages**
5) **Priority Claims**
6) **General Unsecured Claims**

**d. Post-petition claims** The Standing Trustee **[ ]** is, **[X]** is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

**Part 9: Modification [X] NONE**

If this plan modifies a Plan previously filed in this case, complete the information below.

Date of Plan being modified:  **3/31/2020**

| Explain below **why** the Plan is being modified. | Explain below **how** the Plan is being modified. |
|---|---|
| TREAT FIRST MORTGAGE-PAY ARREARS TREAT 2ND MORTGAGE & CAR AS UNAFFECTED | TREAT FIRST MORTGAGE-PAY ARREARS TREAT 2ND MORTGAGE & CAR AS UNAFFECTED |

Are Schedules I and J being filed simultaneously with this Modified Plan?  **[ ]** Yes  **[X]** No

**Part 10: Non-Standard Provision(s): Signatures Required**

Non-Standard Provisions Requiring Separate Signatures:

**[X]** NONE
**[ ]** Explain here:

Any non-standard provisions placed elsewhere in this plan are ineffective.

**Signatures**

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

By signing and filing this document, the debtor(s), if not represented by an attorney, or the attorney for the debtor(s) certify that the wording and order of the provisions in this Chapter 13 Plan are identical to Local Form, Chapter 13 Plan and Motions, other than any non-standard provisions included in Part 10.

I certify under penalty of perjury that the above is true.

Date: **3/31/2020**          */s/ JAMES BOLEN*
                             Debtor

Date: **3/31/2020**          */s/ DENISE I BOLEN*
                             Joint Debtor

Date: **3/31/2020**          */s/ EDWARD HANRATTY*
                             Attorney for the Debtor(s)

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 19-31402-MBK
James P Bolen                                                   Chapter 13
Denise I Bolen
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3            User: admin             Page 1 of 2             Date Rcvd: Apr 06, 2020
                                Form ID: pdf901         Total Noticed: 45

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 08, 2020.
db/jdb         +James P Bolen,   Denise I Bolen,   11 Glen Avenue,   Hazlet, NJ 07730-1811
518566658      +AES/Bank Of New YorkU,   Attn: Bankruptcy,   Po Box 2461,   Harrisburg, PA 17105-2461
518566659      +Aes/efs,   Attn: Bankruptcy,   Po Box 2461,   Harrisburg, PA 17105-2461
518633979       American Express National Bank,   c/o Becket and Lee LLP,   PO Box 3001,
                 Malvern PA 19355-0701
518566660      +Amex,   Correspondence/Bankruptcy,   Po Box 981540,   El Paso, TX 79998-1540
518566661      +Bank of America,   4909 Savarese Circle,   Fl1-908-01-50,   Tampa, FL 33634-2413
518646672      +Bank of America, N.A.,   P O Box 982284,   El Paso, TX 79998-2284
518566662      +Barclays Bank Delaware,   Attn: Correspondence,   Po Box 8801,   Wilmington, DE 19899-8801
518566663      +Cap1/Justice,   Capital One Retail Srvs/Attn: Bankruptcy,   Po Box 30258,
                 Salt Lake City, UT 84130-0258
518633969       Capital One, N.A.,   c/o Becket and Lee LLP,   PO Box 3001,   Malvern PA 19355-0701
518779116       Educational Credit Management Corporation,   P.O. Box 16408,   St. Paul, MN 551160408
518779117       Educational Credit Management Corporation,   P.O. Box 16408,   St. Paul, MN 551160408,
                 Educational Credit Management Corporatio,   P.O. Box 16408,   St. Paul, MN 551160408
518671040      +Goldman Sachs Bank USA,   c/o John D. Sadler,   1909 K Street NW, 12th Floor,
                 Washington DC 20006-1152
518605882      +JPMorgan Chase Bank, N.A.,   s/b/m/t Chase Bank USA, N.A.,
                 c/o Robertson, Anschutz & Schneid, P.L.,   6409 Congress Avenue, Suite 100,
                 Boca Raton, FL 33487-2853
518566673      +LendingClub,   Attn: Bankruptcy,   595 Market St, Ste 200,   San Francisco, CA 94105-2807
518566674      +Marcus by Goldman Sachs,   Attn: Bankruptcy,   Po Box 45400,   Salt Lake City, UT 84145-0400
518588252      +Navient Solutions, LLC on behalf of,   NJHEAA,   PO BOX 548,   Trenton, NJ 08625-0548
518589444      +PHEAA,   PO Box 8147,   Harrisburg, PA 17105-8147
518566676      +PHEAA/HCB,   Attn: Bankruptcy,   1200 N 7th St, 3rd Floor,   Harrisburg, PA 17102-1444
518566677      +Specialized Loan Servicing/SLS,   Attn: Bankruptcy Dept,   8742 Lucent Blvd #300,
                 Highlands Ranch, CO 80129-2386
518566679      +Target,   Attn: Bankruptcy,   Po Box 9475,   Minneapolis, MN 55440-9475
518665241      +The Bank of New York Mellon Trustee (See 410),   c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,   Highlands Ranch, Colorado 80129-2386
518566680      +Wells Fargo Bank NA,   Attn: Bankruptcy,   1 Home Campus Mac X2303-01a,
                 Des Moines, IA 50328-0001
518660720       Wells Fargo Bank, N.A.,   Wells Fargo Card Services,   PO Box 10438, MAC F8235-02F,
                 Des Moines, IA 50306-0438
518615927       Wells Fargo Bank, N.A.,   Attn: Default Document Processing,
                 MAC# N9286-01Y, 1000 Blue Gentian Road,   Eagan, MN 55121-7700
518566681       Wells Fargo Home Mor,   Attn: Written Correspondence/Bankruptcy,   Mac#2302-04e Pob 10335,
                 Des Moines, IA 50306

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 07 2020 01:05:13      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 07 2020 01:05:10      United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518566664      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 07 2020 01:10:02      Capital One,
                 Attn: Bankruptcy,   Po Box 30285,   Salt Lake City, UT 84130-0285
518566667      +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Apr 07 2020 01:09:32
                 Capital One Auto Finance,   Attn: Bankruptcy,   Po Box 30285,   Salt Lake City, UT 84130-0285
518575444      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Apr 07 2020 01:10:05
                 Capital One Auto Finance, a division of,   AIS Portfolio Services, LP,
                 4515 N Santa Fe Ave. Dept. APS,   Oklahoma City, OK 73118-7901
518596183      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Apr 07 2020 01:09:24
                 Capital One Auto Finance, a division of Capital On,   P.O. Box 4360,   Houston, TX 77210-4360
518587681      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 07 2020 01:10:32
                 Capital One Bank (USA), N.A.,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
518566670       E-mail/Text: mrdiscen@discover.com Apr 07 2020 01:04:20      Discover Financial,
                 Attn: Bankruptcy Department,   Po Box 15316,   Wilmington, DE 19850
518577461       E-mail/Text: mrdiscen@discover.com Apr 07 2020 01:04:20      Discover Bank,
                 Discover Products Inc,   PO Box 3025,   New Albany, OH 43054-3025
518664381       E-mail/Text: JCAP_BNC_Notices@jcap.com Apr 07 2020 01:05:23      Jefferson Capital Systems LLC,
                 Po Box 7999,   Saint Cloud Mn 56302-9617
518566668      +E-mail/PDF: ais.chase.ebn@americaninfosource.com Apr 07 2020 01:09:18      Chase Card Services,
                 Attn: Bankruptcy,   Po Box 15298,   Wilmington, DE 19850
518566672      +E-mail/Text: bncnotices@becket-lee.com Apr 07 2020 01:04:26      Kohls/Capital One,
                 Attn: Credit Administrator,   Po Box 3043,   Milwaukee, WI 53201-3043
518566675      +E-mail/PDF: pa_dc_claims@navient.com Apr 07 2020 01:10:54      Navient,   Attn: Bankruptcy,
                 Po Box 9640,   Wilkes-Barre, PA 18773-9640
518672082       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 07 2020 01:10:53
                 Portfolio Recovery Associates, LLC,   c/o JET BLUE,   POB 41067,   Norfolk, VA 23541
518639752       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 07 2020 01:10:09
                 Portfolio Recovery Associates, LLC,   c/o JUSTICE,   POB 41067,   Norfolk, VA 23541

```
District/off: 0312-3          User: admin                Page 2 of 2              Date Rcvd: Apr 06, 2020
                              Form ID: pdf901            Total Noticed: 45

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
518566678       +E-mail/PDF: gecsedi@recoverycorp.com Apr 07 2020 00:58:18      Syncb/Toys R Us,
                 Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
518569280       +E-mail/PDF: gecsedi@recoverycorp.com Apr 07 2020 00:57:52      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
518670302       +E-mail/Text: bncmail@w-legal.com Apr 07 2020 01:05:21      TD Bank USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
518660860       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 07 2020 01:09:46      Verizon,
                 by American InfoSource as agent,    4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                                             TOTAL: 19

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518566665*      +Capital One,    Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
518566666*      +Capital One,    Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
518566671*     ++DISCOVER FINANCIAL SERVICES LLC,    PO BOX 3025,    NEW ALBANY OH 43054-3025
                (address filed with court: Discover Financial,    Attn: Bankruptcy Department,    Po Box 15316,
                 Wilmington, DE 19850)
518779122*       Educational Credit Management Corporation,    P.O. Box 16408,    St. Paul, MN 551160408
518779124*       Educational Credit Management Corporation,    P.O. Box 16408,    St. Paul, MN 551160408
518779123*       Educational Credit Management Corporation,    P.O. Box 16408,    St. Paul, MN 551160408,
                 Educational Credit Management Corporatio,    P.O. Box 16408,    St. Paul, MN 551160408
518779125*       Educational Credit Management Corporation,    P.O. Box 16408,    St. Paul, MN 551160408,
                 Educational Credit Management Corporatio,    P.O. Box 16408,    St. Paul, MN 551160408
518566669*     ++JPMORGAN CHASE BANK N A,    BANKRUPTCY MAIL INTAKE TEAM,    700 KANSAS LANE FLOOR 01,
                 MONROE LA 71203-4774
                (address filed with court: Chase Card Services,    Attn: Bankruptcy,    Po Box 15298,
                 Wilmington, DE 19850)
                                                                                      TOTALS: 0, * 8, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 08, 2020                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 3, 2020 at the address(es) listed below:
              Albert Russo    docs@russotrustee.com
              Charles G. Wohlrab    on behalf of Creditor    WELLS FARGO BANK, N.A. cwohlrab@LOGS.com,
               njbankruptcynotifications@logs.com
              Denise E. Carlon    on behalf of Creditor    The Bank of new York mellon f/k/a/ The Bank of New
               York, as Trustee for CWHEQ Inc., Home Equity Loan Asset Backed Certificates, Series 2006-S10
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Edward Hanratty    on behalf of Debtor James P Bolen
               thanratty@centralnewjerseybankruptcylawyer.com, aaguirre@centralnewjerseybankruptcylawyer.com
              Edward Hanratty    on behalf of Joint Debtor Denise I Bolen
               thanratty@centralnewjerseybankruptcylawyer.com, aaguirre@centralnewjerseybankruptcylawyer.com
              John Joseph LoSordo    on behalf of Joint Debtor Denise I Bolen john@jlosordolaw.com,
               erin@jlosordolaw.com;losordojr80325@notify.bestcase.com
              John Joseph LoSordo    on behalf of Debtor James P Bolen john@jlosordolaw.com,
               erin@jlosordolaw.com;losordojr80325@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 8
```