UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

Edward Hanratty, Esq.
80 Court Street
Freehold, NJ 07728
732-866-6655

Order Filed on July 10, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

BOLEN, JAMES & BOLEN, DENISE I

Case No.: 19-31402

Chapter: 13

Judge: MBK

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED**.

**DATED:** July 10, 2020

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Edward Hanratty_____, the applicant, is allowed a fee of $ _____558.34_____ for services rendered and expenses in the amount of $_____2.50_____ for a total of $_____560.84_____ . The allowance shall be payable:

☑    through the Chapter 13 plan as an administrative priority.

❏    outside the plan.

The debtor's monthly plan is modified to require a payment of $_____ per month for _____ months to allow for payment of the aforesaid fee.

*Revised 10/3/02*