

# INVOICE

Edward Hanratty
57 WEST MAIN STREET, 2ND FLOOR, SUITE 2D
Freehold, New Jersey 7728

| | |
|---|---:|
| Invoice #: | 594 |
| Date: | 10-29-2021 |
| Due On: | 12-01-2021 |

DENISE BOLEN
11 Glen Avenue
Hazlet, NJ 07730

Matter Name: BOLEN, DENISE & JAMES

## Services

| Date | Atty | Description | Quantity | Rate | Discount | Total |
|---|---|---|---|---|---|---|
| 11-03-20 | AA | DRAFT FEE APP | F / F   0.10 | 100.00 | 100.00% | $0.00 |
| 11-04-20 | AA | Email Correspondence: Re: The Law Office of Edward Hanratty: Pre-Confirmation Certification | D / D   0.03 | 100.00 | 100.00% | $0.00 |
| 11-13-20 | AA | Email Correspondence: Re: The Law Office of Edward Hanratty: Pre-Confirmation Certification | D / D   0.02 | 100.00 | 100.00% | $0.00 |
| 12-08-20 | AA | Email Correspondence: Re: The Law Office of Edward Hanratty: Pre-Confirmation Certification | D / D   0.03 | 100.00 | 100.00% | $0.00 |
| 12-08-20 | AA | Email Correspondence: Re: The Law Office of Edward Hanratty: Pre-Confirmation Certification | D / D   0.03 | 100.00 | 100.00% | $0.00 |
| 12-10-20 | AA | Email Correspondence: Re: The Law Office of Edward Hanratty: Pre-Confirmation Certification | D / D   0.02 | 100.00 | 100.00% | $0.00 |
| 12-15-20 | AA | Email Correspondence: Re: The Law Office of Edward Hanratty: Pre-Confirmation Certification | D / D   0.02 | 100.00 | 100.00% | $0.00 |
| 12-21-20 | AA | Email Correspondence: RE: Pay stub? | D / D   0.02 | 100.00 | 100.00% | $0.00 |
| 01-06-21 | AA | Email Correspondence: RE: Fwd: Pay slips Denise Bolen | D / D   0.02 | 100.00 | 100.00% | $0.00 |

| Date | Staff | Description | Type | Hours | Rate | Disc | Amount |
|---|---|---|---|---|---|---|---|
| 01-08-21 | AA | Email Correspondence: RE: Fwd: Pay slips Denise Bolen | D / D | 0.02 | 100.00 | 100.00% | $0.00 |
| 03-05-21 | AA | DRAFT POS & SERVE FEE APP | F / F | 0.12 | 100.00 | - | $11.67 |
| 03-17-21 | EH | PREP AND FILE OBJECTIONS TO CLAIMS 5 AND 6 | F / F | 1.00 | 400.00 | - | $400.00 |
| 04-06-21 | AA | DRAFT POS & SERVE NOM EXPUNGE POC 5 | F / F | 0.18 | 100.00 | - | $18.33 |
| 04-06-21 | AA | DRAFT POS & SERVE NOM EXPUNGE POC 6 | F / F | 0.17 | 100.00 | - | $16.67 |
| 05-12-21 | AA | Email Correspondence: RE: FW: Ch-13 19-31402-MBK Objection - James P Bolen | D / D | 0.03 | 100.00 | 100.00% | $0.00 |
| 06-04-21 | EH | DRAFT REPLY TO STUDENT LOAN OBJ RESPONSE | F / F | 1.00 | 400.00 | - | $400.00 |
| 06-09-21 | AA | DRAFT POS & SERVE NOM EXPUNGE POC 5 & 6 (2) | F / F | 0.17 | 100.00 | - | $16.67 |
| 06-23-21 | EH | APPEAR ON MOTION TO EXPUNGE PHEAA CLAIMS | F / F | 1.00 | 400.00 | - | $400.00 |
| 08-04-21 | EH | Email Correspondence: RE: FW: FW: FW: Ch-13 19-31402-MBK Objection - James P Bolen<br><br>review all resp to sl poc, email baum back w query<br><br>the borrower was born in 61 per his records, our debtors are much younger, same name differnt person? | D / D | 1.00 | 400.00 | - | $400.00 |
| 08-10-21 | EH | Email Correspondence: RE: FW: FW: FW: Ch-13 19-31402-MBK Objection - James P Bolen<br><br>email to baum re motion to obj to claims 5 and 6, askign for cert supporting chain of titel | D / D | 0.10 | 400.00 | - | $40.00 |
| 09-21-21 | AA | Email Correspondence: FW: Question about our student loans? Bolen | D / D | 0.02 | 100.00 | 100.00% | $0.00 |
| 09-22-21 | AA | Email Correspondence: RE: Question about our student loans? Bolen | D / D | 0.02 | 100.00 | 100.00% | $0.00 |
| 10-06-21 | AA | Email Correspondence: FW: Re: Question about our student loans? Bolen | D / D | 0.02 | 100.00 | 100.00% | $0.00 |
| 10-07-21 | EH | review claims 4, 5,6 and 9<br><br>email to baum re cert, go voer each claim to establish mossin ginof, why no consolidation and ibr of ffelp plus loan? | D / D | 1.00 | 400.00 | - | $400.00 |
| 10-07-21 | AA | Email Correspondence: FW: Re: Question about our student loans? Bolen | D / D | 0.02 | 100.00 | 100.00% | $0.00 |
| 10-08-21 | AA | DRAFT 2004 SUBPOENA PHEAA | H / H | 0.15 | 100.00 | - | $15.00 |

| Date | | Description | | | Rate | | Amount |
|---|---|---|---|---|---|---|---|
| 10-08-21 | AA | DRAFT 2004 SUBPOENA POC 4 | H / H | 0.15 | 100.00 | - | $15.00 |
| 10-08-21 | AA | Email Correspondence: FW: Re: Question about our student loans? Bolen | D / D | 0.02 | 100.00 | 100.00% | $0.00 |
| 10-08-21 | EH | Email Correspondence: RE: FW: Re: Question about our student loans? Bolen | D / D | 0.03 | 400.00 | 100.00% | $0.00 |

Services Subtotal: $2,133.34

## Expenses

| Date | | Description | | Qty | Rate | | Amount |
|---|---|---|---|---|---|---|---|
| 12-02-20 | AA | LTR TO CLT RE POI | | 1.00 | 0.50 | - | $0.50 |
| 03-05-21 | AA | SERVE FEE APP | | 2.00 | 0.51 | - | $1.02 |
| 04-06-21 | AA | SERVE: NOM EXPUNGE POC 5 | | 1.00 | 7.98 | - | $7.98 |
| 04-06-21 | AA | SERVE: NOM EXPUNGE POC 6 | | 1.00 | 7.98 | - | $7.98 |
| 06-09-21 | AA | SERVE: REPLY NOM EXPUNGE POC 5 & 6 | | 3.00 | 0.51 | - | $1.53 |
| 06-09-21 | AA | COURT FILING FEE: NOM REDUCE POC 5 & 6 | | 1.00 | 25.00 | - | $25.00 |
| 07-28-21 | AA | SERVE: NOM EXPUNGE POC 5 & 6 | | 1.00 | 16.66 | - | $16.66 |
| 10-08-21 | AA | SERVE: 2004 SUBPOENA KHEAA | | 1.00 | 7.86 | - | $7.86 |
| 10-08-21 | AA | SERVE: 2004 SUBPOENA PHEAA | | 1.00 | 7.86 | - | $7.86 |

Expenses Subtotal: $76.39

| | |
|---|---|
| Discount | $55.02 |
| Subtotal | $2,209.73 |
| Tax | $0.00 |
| Total | $2,209.73 |
| Payment | $0.00 |
| Balance Owing | $2,209.73 |

Statement Account Summary

| Previous Balance | | New Charges | | Payments Received | | Total Amount Outstanding |
|---|---|---|---|---|---|---|
| $128.00 | + | $2,209.73 | - | $128.00 | = | $2,209.73 |

Trust Account Balance $0.00

Operating Account Balance $0.00

Total Client Balance $2,209.73

Total Matter Balance $2,209.73

Please make all amounts payable to: Edward Hanratty

Payments can be made by: Cash, Credit/ Debit Card, Check, Money Order, Paypal, or Wire Transfer

THANK YOU FOR ALLOWING US TO REPRESENT YOU!