UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**CAPTION IN COMPLIANCE WITH D.N.J. LBR 9004-2(C)**

**THE LAW OFFICE OF EDWARD HANRATTY**
EDWARD HANRATTY, ESQ. (052151997)
57 W. MAIN STREET, SUITE 2D
FREEHOLD NJ 07728
TEL: (732) 866-6655

**Order Filed on January 18, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

IN RE:

**JAMES & DENISE BOLEN**

CASE NO.: 19-31402
HEARING DATE:
JUDGE: MBK

# ORDER EXPUNGING PROOF OF CLAIM NO. 9: PA HIGHER EDUCATION ASSISTANCE AGENCY

The relief set forth on the following page, is hereby **ORDERED.**

**DATED: January 18, 2022**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

This matter having been presented to the Court by the Debtor and for good cause it is ordered that as of the _12th_____ day of January, the debtor's motion is hereby **GRANTED.**

**ORDERED** that Proof of Claim No.: 9 PA Higher Education Assistance Agency filed on December 6, 2019, is reduced to $0.00.

**FURTHER ORDERED** that Proof of Claim No.: 9 PA Higher Education Assistance Agency filed on December 6, 2019, is reduced by $23,791.99.