Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.:  19−31402−MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

James P Bolen                                    Denise I Bolen
11 Glen Avenue                                   11 Glen Avenue
Hazlet, NJ 07730                                 Hazlet, NJ 07730
Social Security No.:
   xxx−xx−3046                                       xxx−xx−3704
Employer's Tax I.D. No.:

---

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Michael B. Kaplan on:

Date:        4/13/22
Time:        02:00 PM
Location:    Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

---

APPLICANT(S)
Edward Hanratty, Debtor's Attorney

COMMISSION OR FEES
Fees: $990.01

EXPENSES
$24.64

---

If this is a chapter 13 case, the fees and expenses awarded:

☐     will not reduce the amount to be paid to general unsecured
      creditors under the plan.

☑     will reduce the amount to be paid to general unsecured
      creditors under the plan as follows: To pay Debtor's attorney fees

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date.
Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: March 11, 2022
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                          Case No. 19-31402-MBK

James P Bolen                                                              Chapter 13

Denise I Bolen

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3                           User: admin                                    Page 1 of 4

Date Rcvd: Mar 11, 2022                    Form ID: 137                            Total Noticed: 49

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 13, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | James P Bolen, Denise I Bolen, 11 Glen Avenue, Hazlet, NJ 07730-1811 |
| 518566658 | + | AES/Bank Of New YorkU, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 518566659 | + | Aes/efs, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 518566661 | + | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 518646672 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 518671040 | + | Goldman Sachs Bank USA, c/o John D. Sadler, 1909 K Street NW, 12th Floor, Washington DC 20006-1152 |
| 519053474 | ++ | KHEAA, ATTN MILES F JUSTICE, 100 AIRPORT RD, FRANKFORT KY 40601-6161 address filed with court:, KHEAA, P.O. BOX 798, FRANKFORT KY 40602-0798 |
| 519053475 | ++ | KHEAA, ATTN MILES F JUSTICE, 100 AIRPORT RD, FRANKFORT KY 40601-6161 address filed with court:, KHEAA, P.O. BOX 798, FRANKFORT KY 40602-0798, KHEAA, P.O. BOX 798, FRANKFORT KY 40602-0798 |
| 518566674 | + | Marcus by Goldman Sachs, Attn: Bankruptcy, Po Box 45400, Salt Lake City, UT 84145-0400 |
| 518588252 | + | Navient Solutions, LLC on behalf of, NJHEAA, PO BOX 548, Trenton, NJ 08625-0548 |
| 518589444 | + | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 518566676 | + | PHEAA/HCB, Attn: Bankruptcy, 1200 N 7th St, 3rd Floor, Harrisburg, PA 17102-1444 |
| 519197867 | + | Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |
| 519197868 | + | Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111, Specialized Loan Servicing LLC, 6200 S. Quebec St. Greenwood Village, Colorado 80111-4720 |
| 518566677 | + | Specialized Loan Servicing/SLS, Attn: Bankruptcy Dept, 8742 Lucent Blvd #300, Highlands Ranch, CO 80129-2386 |
| 518566679 | + | Target, Attn: Bankruptcy, Po Box 9475, Minneapolis, MN 55440-9475 |
| 518665241 | + | The Bank of New York Mellon Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 518566680 | + | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a, Des Moines, IA 50328-0001 |
| 518660720 | | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 518615927 | + | Wells Fargo Bank, N.A., POB 1629, Minneapolis, MN 55440-1629 |
| 518566681 | | Wells Fargo Home Mor, Attn: Written Correspondence/Bankruptcy, Mac#2302-04e Pob 10335, Des Moines, IA 50306 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 11 2022 20:14:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 11 2022 20:14:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518633979 | | Email/PDF: bncnotices@becket-lee.com | Mar 11 2022 20:20:59 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518566660 | + | Email/PDF: bncnotices@becket-lee.com | Mar 11 2022 20:20:51 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 518566662 | + | Email/Text: BarclaysBankDelaware@tsico.com | Mar 11 2022 20:14:00 | Barclays Bank Delaware, Attn: Correspondence, Po Box 8801, Wilmington, DE 19899-8801 |
| 518566663 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 11 2022 20:21:00 | Cap1/Justice, Capital One Retail Srvs/Attn: |

|  |  |  |
|---|---|---|
|  |  | Bankruptcy, Po Box 30258, Salt Lake City, UT 84130-0258 |
| 518566664 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | |
|  | Mar 11 2022 20:20:38 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518566667 | + Email/PDF: acg.coaf.ebn@aisinfo.com | |
|  | Mar 11 2022 20:20:41 | Capital One Auto Finance, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518575444 | + Email/PDF: acg.acg.ebn@aisinfo.com | |
|  | Mar 11 2022 20:20:50 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 518596183 | + Email/PDF: acg.acg.ebn@aisinfo.com | |
|  | Mar 11 2022 20:20:39 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 518587681 | + Email/PDF: ebn_ais@aisinfo.com | |
|  | Mar 11 2022 20:20:41 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518633969 | Email/PDF: bncnotices@becket-lee.com | |
|  | Mar 11 2022 20:20:40 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518566670 | Email/Text: mrdiscen@discover.com | |
|  | Mar 11 2022 20:13:00 | Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 518577461 | Email/Text: mrdiscen@discover.com | |
|  | Mar 11 2022 20:13:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 518779116 | Email/Text: ECMCBKNotices@ecmc.org | |
|  | Mar 11 2022 20:14:00 | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 551160408 |
| 518779117 | Email/Text: ECMCBKNotices@ecmc.org | |
|  | Mar 11 2022 20:14:00 | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 551160408, Educational Credit Management Corporatio, P.O. Box 16408, St. Paul, MN 551160408 |
| 518664381 | Email/Text: JCAP_BNC_Notices@jcap.com | |
|  | Mar 11 2022 20:14:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 518566668 | Email/PDF: ais.chase.ebn@aisinfo.com | |
|  | Mar 11 2022 20:20:49 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 518605882 | + Email/Text: RASEBN@raslg.com | |
|  | Mar 11 2022 20:14:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 519053474 | Email/Text: legaldivision@kheaa.com | |
|  | Mar 11 2022 20:14:00 | KHEAA, P.O. BOX 798, FRANKFORT KY 40602-0798 |
| 519053475 | Email/Text: legaldivision@kheaa.com | |
|  | Mar 11 2022 20:14:00 | KHEAA, P.O. BOX 798, FRANKFORT KY 40602-0798, KHEAA, P.O. BOX 798, FRANKFORT KY 40602-0798 |
| 518566672 | + Email/Text: PBNCNotifications@peritusservices.com | |
|  | Mar 11 2022 20:14:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 518566673 | + Email/Text: Documentfiling@lciinc.com | |
|  | Mar 11 2022 20:14:00 | LendingClub, Attn: Bankruptcy, 595 Market St, Ste 200, San Francisco, CA 94105-2807 |
| 518566675 | + Email/PDF: pa_dc_claims@navient.com | |
|  | Mar 11 2022 20:20:39 | Navient, Attn: Bankruptcy, Po Box 9640, Wilkes-Barre, PA 18773-9640 |
| 518672082 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | |
|  | Mar 11 2022 20:20:51 | Portfolio Recovery Associates, LLC, c/o JET BLUE, POB 41067, Norfolk, VA 23541 |
| 518639752 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | |
|  | Mar 11 2022 20:21:02 | Portfolio Recovery Associates, LLC, c/o JUSTICE, POB 41067, Norfolk, VA 23541 |
| 518566678 | + Email/PDF: gecsedi@recoverycorp.com | |
|  | Mar 11 2022 20:20:37 | Syncb/Toys R Us, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518569280 | + Email/PDF: gecsedi@recoverycorp.com | |
|  | Mar 11 2022 20:20:49 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518670302 | + Email/Text: bncmail@w-legal.com | |

District/off: 0312-3 | User: admin | Page 3 of 4
Date Rcvd: Mar 11, 2022 | Form ID: 137 | Total Noticed: 49

| | | Mar 11 2022 20:14:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 518660860 | + Email/PDF: ebn_ais@aisinfo.com | Mar 11 2022 20:20:40 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 30

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518566665 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518566666 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518566671 | *P++ | DISCOVER FINANCIAL SERVICES LLC, PO BOX 3025, NEW ALBANY OH 43054-3025, address filed with court:, Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 518779122 | * | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 551160408 |
| 518779124 | * | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 551160408 |
| 518779123 | * | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 551160408, Educational Credit Management Corporatio, P.O. Box 16408, St. Paul, MN 551160408 |
| 518779125 | * | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 551160408, Educational Credit Management Corporatio, P.O. Box 16408, St. Paul, MN 551160408 |
| 518566669 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 519345053 | *+ | Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |
| 519345054 | *+ | Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111, Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |

TOTAL: 0 Undeliverable, 10 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 13, 2022          Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 11, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor The Bank of new York mellon f/k/a/ The Bank of New York  as Trustee for CWHEQ Inc., Home Equity Loan Asset Backed Certificates, Series 2006-S10 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Edward Hanratty | on behalf of Joint Debtor Denise I Bolen thanratty@centralnewjerseybankruptcylawyer.com aaguirre@centralnewjerseybankruptcylawyer.com |
| Edward Hanratty | on behalf of Debtor James P Bolen thanratty@centralnewjerseybankruptcylawyer.com aaguirre@centralnewjerseybankruptcylawyer.com |

Elizabeth L. Wassall

on behalf of Creditor WELLS FARGO BANK  N.A. ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com

Kenneth L. Baum

on behalf of Creditor Educational Credit Management Corporation kbaum@kenbaumdebtsolutions.com
ddipiazza@kenbaumdebtsolutions.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 7