| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>THE LAW OFFICE OF EDWARD HANRATTY<br>Edward Hanratty, Esq.(052151997)<br>57 W. Main Street, Suite 2D<br>Freehold, NJ 07728<br>(732)866-6655 | |
|---|---|
| | Order Filed on March 15, 2024<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>    BOLEN, JAMES & BOLEN, DENISE I | Case No.:    19-31402<br><br>Chapter:    13<br><br>Judge:    MBK |

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: March 15, 2024**

*Honorable Michael B. Kaplan*
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Edward Hanratty_____, the applicant, is allowed a fee of $ _____131.67_____ for services rendered and expenses in the amount of $_____1.26_____ for a total of $_____132.93_____ . The allowance shall be payable:

☑    through the Chapter 13 plan as an administrative priority.

❏    outside the plan.

The debtor's monthly plan is modified to require a payment of $_____ per month for _____ months to allow for payment of the aforesaid fee.

*Revised 10/3/02*