Form cscnodsc − ntccsclsnodis

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 19−31402−MEH
Chapter: 13
Judge: Mark Edward Hall

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| James P Bolen | Denise I Bolen |
| 11 Glen Avenue | 11 Glen Avenue |
| Hazlet, NJ 07730 | Hazlet, NJ 07730 |

Social Security No.:
   xxx−xx−3046                                                                                  xxx−xx−3704

Employer's Tax I.D. No.:

---

## NOTICE OF CASE CLOSED WITHOUT DISCHARGE

     All creditors and parties in interest are notified that the above−named case has been closed without entry of discharge for the reason(s) indicated below.

- [x] Debtor has not filed a **Certificate of Debtor Education** proving compliance with the financial management course requirement for discharge.

- [x] Joint debtor has not filed a **Certificate of Debtor Education** proving compliance with the financial management course requirement for discharge.

- [ ] Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

- [ ] Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

- [ ] Debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

- [ ] Joint debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

- [ ] Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4−year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

- [ ] Joint Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4 year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

- [ ] An Order denying or revoking the debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

☐ An Order denying or revoking the joint debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

If the debtor subsequently files a Motion to Reopen the Case to allow for the filing of the above document, the debtor must pay the applicable filing fee. If the debtor's case was closed because the debtor received a discharge in a previous case as set forth above, the debtor will have received a Notice of Clerk's Evidence of Previous Discharge providing an opportunity to be heard prior to case closing.

Dated: April 23, 2025
JAN: wdr

                                                          Jeanne Naughton
                                                          Clerk

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-31402-MEH |
| James P Bolen | Chapter 13 |
| Denise I Bolen | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 4 |
| Date Rcvd: Apr 23, 2025 | Form ID: cscnodsc | Total Noticed: 51 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 25, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | James P Bolen, Denise I Bolen, 11 Glen Avenue, Hazlet, NJ 07730-1811 |
| 518588252 | + | Navient Solutions, LLC on behalf of, NJHEAA, PO BOX 548, Trenton, NJ 08625-0548 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 23 2025 21:41:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 23 2025 21:41:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518566658 | + | Email/Text: bncnotifications@pheaa.org | Apr 23 2025 21:40:00 | AES/Bank Of New YorkU, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 518566659 | + | Email/Text: bncnotifications@pheaa.org | Apr 23 2025 21:40:00 | Aes/efs, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 518633979 | | Email/PDF: bncnotices@becket-lee.com | Apr 23 2025 21:44:07 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518566660 | + | Email/PDF: bncnotices@becket-lee.com | Apr 23 2025 21:44:09 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 518566661 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 23 2025 21:39:00 | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 518646672 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Apr 23 2025 21:40:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 518566662 | + | Email/Text: BarclaysBankDelaware@tsico.com | Apr 23 2025 21:40:00 | Barclays Bank Delaware, Attn: Correspondence, Po Box 8801, Wilmington, DE 19899-8801 |
| 518566663 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 23 2025 21:44:07 | Cap1/Justice, Capital One Retail Srvs/Attn: Bankruptcy, Po Box 30258, Salt Lake City, UT 84130-0258 |
| 518566664 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 23 2025 21:55:04 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518566667 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Apr 23 2025 22:06:50 | Capital One Auto Finance, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518575444 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 23 2025 21:44:02 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 518596183 | + | Email/PDF: acg.acg.ebn@aisinfo.com | | |

Case 19-31402-MEH   Doc 126   Filed 04/25/25   Entered 04/26/25 00:15:00   Desc
Imaged Certificate of Notice   Page 4 of 6

| District/off: 0312-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Apr 23, 2025 | Form ID: cscnodsc | Total Noticed: 51 |

| | | | | |
|---|---|---|---|---|
| | | | Apr 23 2025 21:44:15 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 518587681 | + | Email/PDF: ebn_ais@aisinfo.com | | |
| | | | Apr 23 2025 21:43:39 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518633969 | | Email/PDF: bncnotices@becket-lee.com | | |
| | | | Apr 23 2025 21:43:41 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518566668 | + | Email/PDF: ais.chase.ebn@aisinfo.com | | |
| | | | Apr 23 2025 21:43:52 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850-5298 |
| 518566670 | | Email/Text: mrdiscen@discover.com | | |
| | | | Apr 23 2025 21:39:00 | Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 518577461 | | Email/Text: mrdiscen@discover.com | | |
| | | | Apr 23 2025 21:39:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 518779116 | | Email/Text: ECMCBKNotices@ecmc.org | | |
| | | | Apr 23 2025 21:41:00 | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 551160408 |
| 518779117 | | Email/Text: ECMCBKNotices@ecmc.org | | |
| | | | Apr 23 2025 21:41:00 | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 551160408, Educational Credit Management Corporatio, P.O. Box 16408, St. Paul, MN 551160408 |
| 518671040 | ^ | MEBN | | |
| | | | Apr 23 2025 21:38:01 | Goldman Sachs Bank USA, c/o John D. Sadler, 1909 K Street NW, 12th Floor, Washington DC 20006-1152 |
| 518664381 | | Email/Text: JCAP_BNC_Notices@jcap.com | | |
| | | | Apr 23 2025 21:41:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 518605882 | + | Email/Text: RASEBN@raslg.com | | |
| | | | Apr 23 2025 21:39:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 519053474 | | Email/Text: legaldivision@kheaa.com | | |
| | | | Apr 23 2025 21:39:00 | KHEAA, P.O. BOX 798, FRANKFORT KY 40602-0798 |
| 519053475 | | Email/Text: legaldivision@kheaa.com | | |
| | | | Apr 23 2025 21:39:00 | KHEAA, P.O. BOX 798, FRANKFORT KY 40602-0798, KHEAA, P.O. BOX 798, FRANKFORT KY 40602-0798 |
| 518566672 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
| | | | Apr 23 2025 22:05:42 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 518566673 | + | Email/Text: Documentfiling@lciinc.com | | |
| | | | Apr 23 2025 21:39:00 | LendingClub, Attn: Bankruptcy, 595 Market St, Ste 200, San Francisco, CA 94105-2802 |
| 518566674 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | | |
| | | | Apr 23 2025 21:40:00 | Marcus by Goldman Sachs, Attn: Bankruptcy, Po Box 45400, Salt Lake City, UT 84145-0400 |
| 518566675 | + | Email/PDF: bankruptcy_prod@navient.com | | |
| | | | Apr 23 2025 22:06:20 | Navient, Attn: Bankruptcy, Po Box 9640, Wilkes-Barre, PA 18773-9640 |
| 520392333 | + | Email/Text: mtgbk@shellpointmtg.com | | |
| | | | Apr 23 2025 21:39:00 | NewRez LLC d/b/a Shellpoint Mortgage, Servicing, P.O. Box 10826, Greenville, South Carolina 29603-0826, NewRez LLC d/b/a Shellpoint Mortgage, Servicing 29603-0826 |
| 520392332 | | Email/Text: mtgbk@shellpointmtg.com | | |
| | | | Apr 23 2025 21:39:00 | NewRez LLC d/b/a Shellpoint Mortgage, Servicing, P.O. Box 10826, Greenville, South Carolina 29603-0826 |
| 518589444 | + | Email/Text: bncnotifications@pheaa.org | | |
| | | | Apr 23 2025 21:40:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 518566676 | + | Email/Text: bncnotifications@pheaa.org | | |
| | | | Apr 23 2025 21:40:00 | PHEAA/HCB, Attn: Bankruptcy, 1200 N 7th St, 3rd Floor, Harrisburg, PA 17102-1444 |
| 518672082 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Apr 23 2025 21:44:01 | Portfolio Recovery Associates, LLC, c/o JET BLUE, POB 41067, Norfolk, VA 23541 |
| 518639752 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Apr 23 2025 21:43:41 | Portfolio Recovery Associates, LLC, c/o |

| District/off: 0312-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Apr 23, 2025 | Form ID: cscnodsc | Total Noticed: 51 |

| | | | | |
|---|---|---|---|---|
| | | | | JUSTICE, POB 41067, Norfolk, VA 23541 |
| 518566677 | | Email/Text: bkelectronicnoticecourtmail@computershare.com | | |
| | | | Apr 23 2025 21:40:00 | Specialized Loan Servicing/SLS, Attn: Bankruptcy Dept, 8742 Lucent Blvd #300, Highlands Ranch, CO 80129 |
| 519197867 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | | |
| | | | Apr 23 2025 21:40:00 | Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |
| 519197868 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | | |
| | | | Apr 23 2025 21:40:00 | Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111, Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |
| 518566678 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | Apr 23 2025 21:44:12 | Syncb/Toys R Us, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518569280 | ^ | MEBN | | |
| | | | Apr 23 2025 21:38:29 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518670302 | + | Email/Text: bncmail@w-legal.com | | |
| | | | Apr 23 2025 21:41:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 518665241 | | Email/Text: bkelectronicnoticecourtmail@computershare.com | | |
| | | | Apr 23 2025 21:40:00 | The Bank of New York Mellon Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129 |
| 518566679 | + | Email/Text: bncmail@w-legal.com | | |
| | | | Apr 23 2025 21:40:00 | Target, Attn: Bankruptcy, Po Box 9475, Minneapolis, MN 55440-9475 |
| 518660860 | + | Email/PDF: ebn_ais@aisinfo.com | | |
| | | | Apr 23 2025 21:44:14 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518566680 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | | |
| | | | Apr 23 2025 21:43:41 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a, Des Moines, IA 50328-0001 |
| 518615927 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | | |
| | | | Apr 23 2025 21:55:29 | Wells Fargo Bank, N.A., POB 1629, Minneapolis, MN 55440-1629 |
| 518660720 | | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | | |
| | | | Apr 23 2025 21:44:18 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 518566681 | | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | | |
| | | | Apr 23 2025 21:55:28 | Wells Fargo Home Mor, Attn: Written Correspondence/Bankruptcy, Mac#2302-04e Pob 10335, Des Moines, IA 50306 |

TOTAL: 49

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518566665 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518566666 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518566669 | *+ | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850-5298 |
| 518566671 | *P++ | DISCOVER FINANCIAL SERVICES LLC, PO BOX 3025, NEW ALBANY OH 43054-3025, address filed with court:, Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 518779122 | * | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 551160408 |
| 518779124 | * | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 551160408 |
| 518779123 | * | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 551160408, Educational Credit Management Corporatio, P.O. Box 16408, St. Paul, MN 551160408 |
| 518779125 | * | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 551160408, Educational Credit Management Corporatio, P.O. Box 16408, St. Paul, MN 551160408 |
| 519345053 | *+ | Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |
| 519345054 | *+ | Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111, Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 4 of 4 |
| Date Rcvd: Apr 23, 2025 | Form ID: cscnodsc | Total Noticed: 51 |

TOTAL: 0 Undeliverable, 10 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 25, 2025                 Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 23, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor The Bank of new York mellon f/k/a/ The Bank of New York  as Trustee for CWHEQ Inc., Home Equity Loan Asset Backed Certificates, Series 2006-S10 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Edward Hanratty | on behalf of Debtor James P Bolen thanratty@centralnewjerseybankruptcylawyer.com aaguirre@centralnewjerseybankruptcylawyer.com |
| Edward Hanratty | on behalf of Joint Debtor Denise I Bolen thanratty@centralnewjerseybankruptcylawyer.com aaguirre@centralnewjerseybankruptcylawyer.com |
| Elizabeth L. Wassall | on behalf of Creditor WELLS FARGO BANK  N.A. ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com |
| Kenneth L. Baum | on behalf of Creditor Educational Credit Management Corporation kbaum@kenbaumdebtsolutions.com ddipiazza@kenbaumdebtsolutions.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8