Certificate Number: 17572-NJ-DE-039337392

Bankruptcy Case Number: 19-31402



17572-NJ-DE-039337392

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>February 13, 2025</u>, at <u>10:28</u> o'clock <u>AM PST</u>, <u>James P Bolen</u> completed a course on personal financial management given <u>by internet</u> by <u>Dollar Learning Foundation, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>District of New Jersey</u>.

Date:   February 13, 2025                By:   /s/Kelly Faulks

                                         Name: Kelly Faulks

                                         Title: Counselor

Certificate Number: 17572-NJ-DE-039337393

Bankruptcy Case Number: 19-31402


17572-NJ-DE-039337393

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 13, 2025, at 10:28 o'clock AM PST, Denise I Bolen completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date: February 13, 2025            By:    /s/Kelly Faulks

                                   Name:  Kelly Faulks

                                   Title: Counselor