UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

THE LAW OFFICE OF EDWARD HANRATTY
EDWARD HANRATTY, ESQ. (052151997)
57 WEST MAIN STREET, SUITE 2D
FREEHOLD NJ 07728
T:732-866-6655
F:732-734-0651

In Re:

JAMES BOLEN & DENISE BOLEN

Order Filed on September 2, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 19-31402

Hearing Date:

Judge: MEH

Chapter: 13

Recommended Local Form:  ☒ Followed   ☐ Modified

## ORDER REOPENING CASE

The relief set forth on the following page is **ORDERED**.

**DATED: September 2, 2025**

Honorable Mark E. Hall
United States Bankruptcy Judge

Upon the motion of _____DEBTOR_____, and for good cause shown, it is

ORDERED as follows:

1. This case is reopened.

2. ☐  A Trustee shall be appointed.

   ☒  A Trustee shall not be appointed.

3. ☐  An amendment to the schedule(s) noted in the underlying motion shall be filed within 14 days of the date of this order.  If the amendment is not filed, the case shall be reclosed without further order of the court.

4. The case shall be reviewed within _____ days for closing eligibility.  The case may be closed upon entry of the discharge.

The successful party shall serve this Order on the debtor, any trustee and all parties who entered an appearance on this motion.

*Rev. 5/1/2019*