| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | James P Bolen<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–3046<br>EIN  __–_____ |
| Debtor 2<br>(Spouse, if filing) | Denise I Bolen<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–3704<br>EIN  __–_____ |
| United States Bankruptcy Court  District of New Jersey | | |
| Case number:  19–31402–MEH | | |

## Order of Discharge                                                                                   12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   James P Bolen                                    Denise I Bolen

   9/2/25                                           **By the court:** <u>Mark Edward Hall</u>
                                                                     United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

   ♦ debts that are domestic support
     obligations;

   ♦ debts for most student loans;

   ♦ debts for certain types of taxes specified
     in 11 U.S.C. §§ 507(a)(8)( C),
     523(a)(1)(B), or 523(a)(1)(C) to the
     extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-31402-MEH |
| James P Bolen | Chapter 13 |
| Denise I Bolen | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 4 |
| Date Rcvd: Sep 02, 2025 | Form ID: 3180W | Total Noticed: 51 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++  Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^  Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 04, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | James P Bolen, Denise I Bolen, 11 Glen Avenue, Hazlet, NJ 07730-1811 |
| 518588252 | + | Navient Solutions, LLC on behalf of, NJHEAA, PO BOX 548, Trenton, NJ 08625-0548 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 02 2025 22:43:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 02 2025 22:43:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518566658 | + | Email/Text: bncnotifications@pheaa.org | Sep 02 2025 22:42:00 | AES/Bank Of New YorkU, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 518566659 | + | Email/Text: bncnotifications@pheaa.org | Sep 02 2025 22:42:00 | Aes/efs, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 518633979 | | Email/PDF: bncnotices@becket-lee.com | Sep 02 2025 22:52:12 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518566660 | + | Email/PDF: bncnotices@becket-lee.com | Sep 02 2025 22:52:12 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 518566661 | + | EDI: BANKAMER | Sep 03 2025 02:35:00 | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 518646672 | + | EDI: BANKAMER2 | Sep 03 2025 02:35:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 518566662 | + | EDI: TSYS2 | Sep 03 2025 02:35:00 | Barclays Bank Delaware, Attn: Correspondence, Po Box 8801, Wilmington, DE 19899-8801 |
| 518566663 | + | EDI: CAPITALONE.COM | Sep 03 2025 02:35:00 | Cap1/Justice, Capital One Retail Srvs/Attn: Bankruptcy, Po Box 30258, Salt Lake City, UT 84130-0258 |
| 518566664 | + | EDI: CAPITALONE.COM | Sep 03 2025 02:35:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518566667 | + | EDI: CAPONEAUTO.COM | Sep 03 2025 02:35:00 | Capital One Auto Finance, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518575444 | + | EDI: AISACG.COM | Sep 03 2025 02:35:00 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 518596183 | + | EDI: AISACG.COM | | |

Case 19-31402-MEH   Doc 131   Filed 09/04/25   Entered 09/05/25 00:20:11   Desc
Imaged Certificate of Notice   Page 4 of 6

| District/off: 0312-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Sep 02, 2025 | Form ID: 3180W | Total Noticed: 51 |

| Recipient ID | | Delivery Method | Date/Time | Address |
|---|---|---|---|---|
| | | | Sep 03 2025 02:35:00 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 518587681 | + | EDI: AIS.COM | Sep 03 2025 02:35:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518633969 | | Email/PDF: bncnotices@becket-lee.com | Sep 02 2025 22:52:24 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518566668 | + | EDI: JPMORGANCHASE | Sep 03 2025 02:35:00 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850-5298 |
| 518566670 | | EDI: DISCOVER | Sep 03 2025 02:35:00 | Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 518577461 | | EDI: DISCOVER | Sep 03 2025 02:35:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 518779116 | | Email/Text: ECMCBKNotices@ecmc.org | Sep 02 2025 22:42:00 | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 551160408 |
| 518779117 | | Email/Text: ECMCBKNotices@ecmc.org | Sep 02 2025 22:42:00 | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 551160408, Educational Credit Management Corporatio, P.O. Box 16408, St. Paul, MN 551160408 |
| 518671040 | ^ | MEBN | Sep 02 2025 22:38:22 | Goldman Sachs Bank USA, c/o John D. Sadler, 1909 K Street NW, 12th Floor, Washington DC 20006-1152 |
| 518664381 | | EDI: JEFFERSONCAP.COM | Sep 03 2025 02:35:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 518605882 | + | Email/Text: RASEBN@raslg.com | Sep 02 2025 22:42:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 519053474 | | Email/Text: legaldivision@kheaa.com | Sep 02 2025 22:42:00 | KHEAA, P.O. BOX 798, FRANKFORT KY 40602-0798 |
| 519053475 | | Email/Text: legaldivision@kheaa.com | Sep 02 2025 22:42:00 | KHEAA, P.O. BOX 798, FRANKFORT KY 40602-0798, KHEAA, P.O. BOX 798, FRANKFORT KY 40602-0798 |
| 518566672 | + | EDI: CAPITALONE.COM | Sep 03 2025 02:35:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 518566673 | + | EDI: LENDNGCLUB | Sep 03 2025 02:35:00 | LendingClub, Attn: Bankruptcy, 595 Market St, Ste 200, San Francisco, CA 94105-2802 |
| 518566674 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Sep 02 2025 22:42:00 | Marcus by Goldman Sachs, Attn: Bankruptcy, Po Box 45400, Salt Lake City, UT 84145-0400 |
| 518566675 | + | Email/PDF: Bankruptcy_Prod@mohela.com | Sep 02 2025 22:52:13 | Navient, Attn: Bankruptcy, Po Box 9640, Wilkes-Barre, PA 18773-9640 |
| 520392333 | + | Email/Text: mtgbk@shellpointmtg.com | Sep 02 2025 22:42:00 | NewRez LLC d/b/a Shellpoint Mortgage, Servicing, P.O. Box 10826, Greenville, South Carolina 29603-0826, NewRez LLC d/b/a Shellpoint Mortgage, Servicing 29603-0826 |
| 520392332 | | Email/Text: mtgbk@shellpointmtg.com | Sep 02 2025 22:42:00 | NewRez LLC d/b/a Shellpoint Mortgage, Servicing, P.O. Box 10826, Greenville, South Carolina 29603-0826 |
| 518589444 | + | Email/Text: bncnotifications@pheaa.org | Sep 02 2025 22:42:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 518566676 | + | Email/Text: bncnotifications@pheaa.org | Sep 02 2025 22:42:00 | PHEAA/HCB, Attn: Bankruptcy, 1200 N 7th St, 3rd Floor, Harrisburg, PA 17102-1444 |
| 518672082 | | EDI: PRA.COM | Sep 03 2025 02:35:00 | Portfolio Recovery Associates, LLC, c/o JET BLUE, POB 41067, Norfolk, VA 23541 |
| 518639752 | | EDI: PRA.COM | Sep 03 2025 02:35:00 | Portfolio Recovery Associates, LLC, c/o |

| District/off: 0312-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Sep 02, 2025 | Form ID: 3180W | Total Noticed: 51 |

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  |  | JUSTICE, POB 41067, Norfolk, VA 23541 |
| 518566677 |  | Email/Text: bkelectronicnoticecourtmail@computershare.com | Sep 02 2025 22:42:00 | Specialized Loan Servicing/SLS, Attn: Bankruptcy Dept, 8742 Lucent Blvd #300, Highlands Ranch, CO 80129 |
| 519197867 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Sep 02 2025 22:42:00 | Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |
| 519197868 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Sep 02 2025 22:42:00 | Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111, Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |
| 518566678 | + | EDI: SYNC | Sep 03 2025 02:35:00 | Syncb/Toys R Us, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518569280 | ^ | MEBN | Sep 02 2025 22:40:02 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518670302 | + | Email/Text: bncmail@w-legal.com | Sep 02 2025 22:43:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 518665241 |  | Email/Text: bkelectronicnoticecourtmail@computershare.com | Sep 02 2025 22:42:00 | The Bank of New York Mellon Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129 |
| 518566679 | + | EDI: WTRRNBANK.COM | Sep 03 2025 02:35:00 | Target, Attn: Bankruptcy, Po Box 9475, Minneapolis, MN 55440-9475 |
| 518660860 | + | EDI: AIS.COM | Sep 03 2025 02:35:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518566680 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Sep 02 2025 22:52:28 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a, Des Moines, IA 50328-0001 |
| 518615927 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Sep 02 2025 22:52:39 | Wells Fargo Bank, N.A., POB 1629, Minneapolis, MN 55440-1629 |
| 518660720 |  | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | Sep 02 2025 22:52:18 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 518566681 |  | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Sep 02 2025 22:52:39 | Wells Fargo Home Mor, Attn: Written Correspondence/Bankruptcy, Mac#2302-04e Pob 10335, Des Moines, IA 50306 |

TOTAL: 49

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518566665 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518566666 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518566669 | *+ | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850-5298 |
| 518566671 | *P++ | DISCOVER FINANCIAL SERVICES LLC, PO BOX 3025, NEW ALBANY OH 43054-3025, address filed with court:, Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 518779122 | * | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 551160408 |
| 518779124 | * | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 551160408 |
| 518779123 | * | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 551160408, Educational Credit Management Corporatio, P.O. Box 16408, St. Paul, MN 551160408 |
| 518779125 | * | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 551160408, Educational Credit Management Corporatio, P.O. Box 16408, St. Paul, MN 551160408 |
| 519345053 | *+ | Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |
| 519345054 | *+ | Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111, Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 4 of 4 |
| Date Rcvd: Sep 02, 2025 | Form ID: 3180W | Total Noticed: 51 |

TOTAL: 0 Undeliverable, 10 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 04, 2025         Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 2, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor The Bank of new York mellon f/k/a/ The Bank of New York as Trustee for CWHEQ Inc., Home Equity Loan Asset Backed Certificates, Series 2006-S10 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Edward Hanratty | on behalf of Debtor James P Bolen thanratty@centralnewjerseybankruptcylawyer.com aaguirre@centralnewjerseybankruptcylawyer.com;Hanratty.EdwardB125590@notify.bestcase.com |
| Edward Hanratty | on behalf of Joint Debtor Denise I Bolen thanratty@centralnewjerseybankruptcylawyer.com aaguirre@centralnewjerseybankruptcylawyer.com;Hanratty.EdwardB125590@notify.bestcase.com |
| Elizabeth L. Wassall | on behalf of Creditor WELLS FARGO BANK N.A. ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com |
| Kenneth L. Baum | on behalf of Creditor Educational Credit Management Corporation kbaum@kenbaumdebtsolutions.com ddipiazza@kenbaumdebtsolutions.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8